UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


GINA M. BARRY,                          )
                                        )
                Plaintiff,              )
                                        )
        v.                              )        No. 4:08-CV-1824-JCH
                                        )
S&H TOWING,                             )
                                        )
                Defendant.              )


**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**


**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 15th day of December, 2008




/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**